# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 25, 2025

## NO. 03-23-00400-CV

**Andrew Jacob Brenner, Appellant**

**v.**

**Tiffany Nicole Brenner, Appellee**

## APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the Final Decree of Divorce signed by the trial court on March 27, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the Decree. Therefore, the Court affirms the trial court's Final Decree of Divorce. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.